■ Solow Management Corporation, Respondent, v Al Berger, Appellant, et al., Defendant. [614 NYS2d 105] —Judgments, Supreme Court, New York County (Stephen G. Crane, J.), entered November 17, 1992 and August 10, 1993, unanimously affirmed for the reasons stated by Crane, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Wallach, Ross, Rubin and Tom, JJ.